United States Bankruptcy Court
District of Colorado

In re:
David W. Fingers
Dawn M. Fingers
    Debtors

Case No. 10-27835-HRT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1082-1     User: nguyent     Page 1 of 1     Date Rcvd: Jul 15, 2014
                              Form ID: pdf904     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2014.
db/db      +David W. Fingers,   Dawn M. Fingers,   5000 Shadow Ridge Road,   Castle Rock, CO 80109-8621

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr         +E-mail/Text: bnc@bass-associates.com Jul 15 2014 23:55:44      Capital One, N.A.,
                Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
cr         +E-mail/Text: bnc@bass-associates.com Jul 15 2014 23:55:44      eCAST Settlement Corporation,
                c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
                                                                                                                                                                                                                             TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2014                                       Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2014 at the address(es) listed below:
         Douglas B. Kiel     ecfmail@denver13.com
         Jane  Stobbs     on behalf of Debtor Dawn M. Fingers jlslawco@gmail.com,
          jlsnotice@gmail.com;G1568@notify.cincompass.com
         Jane  Stobbs     on behalf of Debtor David W. Fingers jlslawco@gmail.com,
          jlsnotice@gmail.com;G1568@notify.cincompass.com
         Jennifer  Trachte     on behalf of Creditor     Bank of America, N.A., Successor by Merger to....
          JenniferT@amlawco.com,    bkcourtmail@amlawco.com
         Jennifer A. Pursley     on behalf of Creditor     eCAST Settlement Corporation ecf@bass-associates.com
         Lauren E. Tew     on behalf of Creditor     Bank of America, N.A., Successor by Merger to....
          laurent@amlawco.com,    bkcourtmail@amlawco.com
         Patti H Bass     on behalf of Creditor     Capital One, N.A. ecf@bass-associates.com
         Sheldon R. Singer     on behalf of Creditor     JPMorgan Chase Bank, N.A. ssinger@stlaw.net,
          awitt@stlaw.net;singertarpley@ecf.inforuptcy.com
         Susan J. Hendrick     on behalf of Creditor     Bank of America, N.A., Successor by Merger to....
          bkcourtmail@amlawco.com
         US Trustee     USTPRegion19.DV.ECF@usdoj.gov
                                                                                                                                                                                                                                 TOTAL: 10

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In Re:<br>David W. Fingers<br>Dawn M. Fingers<br>   Debtor(s)<br>SSN:   xxx-xx-7195<br>         xxx-xx-6762 | Case No. 10-27835-HRT<br>Chapter 13 |

## ORDER MODIFYING CHAPTER 13 PLAN,
## POST CONFIRMATION

THIS MATTER having come before the Court on the Debtor(s) Motion to Modify the Chapter 13 Plan, Post Confirmation, filed by the Debtor(s) on June 17, 2014, at docket no. __55__. Proper notice having been given and no objections having been filed or objections filed having been withdrawn, it is hereby

ORDERED that the Motion to Modify Chapter 13 Plan, Post Confimation, is GRANTED. The Second Modified Chapter 13 Plan dated June 17, 2014, and filed June 17, 2014, at docket no. __54__ is approved. This Order binds those creditors and parties in interest that have been properly served. The Debtor(s) must make payments as specified by the plan as modified.

Dated:   7/15/2014

BY THE COURT:

_s/ Howard R. Tallman_
Howard R. Tallman
United States Bankruptcy Judge